IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHRISTIAN RALPH DAVIS,**

      **Plaintiff,**

v.                                        Case No.   3:10cv498/MCR/CJK

**FRANK BELL, et al.,**

      **Defendants.**

_____/

## ORDER

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 24, 2011(doc. 7).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1]  No objections have been filed.  Having fully considered the record and the Report and Recommendation, the court finds that it should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C.

---

[1] The mail was returned as undeliverable on July 25, 2011.  The Clerk mailed it again to the Escambia County Jail and 608 N. C Street, Pensacola, Florida, and the plaintiff was provided an additional 14 days to file objections.  The 608 N. C Street copy was returned as undeliverable but the second copy mailed to the Escambia County Jail was not returned.  Thus, the court assumes that the plaintiff received the Report and Recommendation.

§ 1915(e)(2)(B)(ii) and (iii) and the clerk is directed to close the file.

DONE AND ORDERED this 23rd day of August, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 3:10cv498/MCR/CJK*